

# FILED

MAY 1 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK PAGE. J65357
(Name of Plaintiff)
SVSP . PO BOX 1050
(Address of Plaintiff)
Soledad CA 93960

05033347
(Case Number)
2:08-CV-1093 FCD.GGH PC

vs.

CAPTAIN RANKIN
CAPTAIN ERVING
SEARGENT SHARP
(Names of Defendants)

COMPLAINT
Entrapment, federal
TERRORIST ACTS.

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner:   ☐ Yes   ☒ No

B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space
below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper
using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983          Rev'd 5/99

6

TRU ID RODNEY DESHONE TODD
AKA MARK PAGE J65357

I REGARD TO LETTER JUST RECIEVED
TO ME.
ABOUT CIVIL 131.1, CIVIL PROCEDUR REFERAI
1996. PAMONA CALIF SUPERIOR COURTS. AND 1999
CASE. LA COUNTY SUPERIOR COURTS. INVESTIGATING
EMPLOYEE. CCB SUPERIOR COURT MARTIE JACIENTO

I NEED YOUR IMMEDIATE HELP. 13 YEARS IN
LITIGATION 1996. 1999. 1995 CASES. LAPD
OFFICERS. POOLE, LOWVAN, SELZER. DOMINGUEZ
WORK AT SALINAS VALLEY STATE PRISON. ENGANGED
IN ENTRAPMENT. FEDERAL.
ALL LAPD MENTION WORK SOUTH WEST POLICE
STATION. KING BLVD DENKER ST LA CA 90018

I WAS PROVEN INNOCENT OF BATTERY CHARGE; AND
SETTIED LAW SUIT. BRUCE JACKSON COURT IN
SACRAMENTO CA SUPERIOR CIVIL COURT.
FOR THEE ATTACK BY C/O. AUGUST-24 2004
FOLSOM STATE PRISON. CASE. 05f03347

SINCERLY
RODNEY DESHONS TODD- D97763
MAY. 15- 2008