TRU ID RODNEY DESHONE TODD
AKA: MARK PAGE J65357
CASE: 2:08-CV-01093-FCD-GGH

FILED
MAY 30 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

THEE CAPTAIN & THEE YARD LIEUTENANT AND BUILDING C/O'S CONTINUE TO INTIMIDATE ME. & PROCRASTINATE JUSTICE EMPLEMENTATION DESPITE THEE SERIOUS CONSEQUENCE THAT THEY CAN BE CHARY OBSTRUCTING JUSTICE. ALSO THEY HAVE SPENT ANOTHER 799.00 FROM MY ACCOUNT GIVIN TO THEE INMATE BY DEFENDENT AL ET-RANKIN. CAPTAIN!

I NEED YOU TO REMOVE ME FROM THIS PRISON; TO SOUTHERN CALIF.

SINCERLY
RODNEY DESHONE TODD
MAY-27-2008

MAY-01-2008

FRV ID RODNEY DESHONE FOOD
AKA: MARK PAGE J65357

I'm writing in regards to Religious
Demogogues.
Involved sacrilage to food & beverages
Inside and Institution.
Governor has been notified of these
terrible public living condition. Also serving
molded bread.
Food cook stated 2005 Folsom state prison
Sacramento. Mr. McGee supervising cook
They contaminate food for security purposes
Urine - feases - fish oil - defication manufacturer
Also in canteen. & access seal packages
company.
They refused to parole me past my release
date. Because of jealousy envious. of settled
claims that was stolen by employees. 1999
SVSP Soledad.
They've assign me to ASAP malicious shock
therapy. Dec 2003 LACO jail / to May-01-2008
present day. & Refuse to terminate it.
           I need your help
                Sincerly
           Rodney Deshone Foodoo
           (323) 731-9971 / Athens LaCounty

TRV I D RODNEY DESHONE TODD-D97763
AKA MARK PAGE J65357.

IM INQUIRING ABOUT AN LOST CLAIMS. ON
CIVIL RIGHTS VIOLATION. BY C/O FEMALE RED
HAIR. 1992. GYM BYARD.
SHE DEFACED MY I.D. AND ANOTHER C/O
STATED I COULD OF SAID YOU TRIED TO ESCAPE.
WHILE I WAS GYM SLEEPER & PORTER B YARD.
WHEN I GOZ. THEE ACCUSATION. Red Hair
C/O. & TWO SSARGSUTS WISEDMAN.
RAN IN Z BUILDING OFFICE. B YARD. Z WATCH
YARD HOURS. WITH INTIMIDATION BEHAVIOR
& REFUSED MY CIVIL RIGHT VIOLATION of
STATING I TRIED TO ESCAPE.
AND INTIMIDATION NOT TO PERSUE GOZ. ON
MISCONDUCT. ABOUT CONSTANT HARRASSMENT
INTIMIDATION BY LIEUTANENT. SSARGSUT ON
YARD YEAR VIOLATION. I WAS PUPDED IN
AUGUST. 1992. MULE CREEK STATE PRISON.
BY AIR PLANE. TO LOS ANGLES CA!
ALSO NEED HELP FBI HAS
BEEN NOTIFIED.
                SINCERLY
        RODNEY DESHONE TODD-D97763
AKA MARK PAG: J65357
            APRIL 22: 2008

2008 APR 25 PM 2:04
MCSP APPEALS OFFICE