ID: RODNEY DESHONE TODD

AKA: MARK PAGE J65357

CASE NO. Z:08-CV-01093-FCD-GGH

SSN: 555-19-Z37Z

**FILED**

JUN -9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

TO CLERK: VICTORIA MINOR.

IM WRITING IN REGARDS TO AND SETTLEMENT OFFER: 15,000 OOO.

REPLY BACK TO MARK PAGE J65357
SALINAS VALLEY PRISON. PO BOX 1050. SOLEDAD
CALIF. 93960 / D-3-102

SINCERLY

RODNEY DESHONE TODD

JUNE 05-2008