# U.S. District Court
## Eastern District of California – Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:08–cv–01093–FCD–GGH

(PC) Page v. Rankin et al  
Assigned to: Judge Frank C. Damrell, Jr  
Referred to: Magistrate Judge Gregory G. Hollows  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/19/2008  
Date Terminated: 06/10/2008  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Mark Page**      represented by    **Mark Page**  
J 65357  
S.V.S.P  
P.O. Box 1050  
Soledad, CA 93960  
PRO SE

V.

**Defendant**

**Rankin**

**Defendant**

**Erving**

**Defendant**

**– Sharp**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2008 | Ï 1 | COMPLAINT against all defendants by Mark Page.(Kaminski, H) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 2 | PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms) (Kaminski, H) (Entered: 05/20/2008) |
| 05/20/2008 | Ï | SERVICE BY MAIL: 2 Prisoner New Case Documents for FCD served on Mark Page. (Kaminski, H) (Entered: 05/20/2008) |
| 05/30/2008 | Ï 3 | LETTER from plaintiff Mark Page re continued civil rights violations and obstructions of justice; REQUEST for removal from current facility to Southern California. (Marciel, M) (Entered: 06/03/2008) |
| 06/09/2008 | Ï 4 | LETTER from Rodney Deshone Todd aka Mark Page regarding settlement offer. (Manzer, C) (Entered: 06/10/2008) |
| 06/10/2008 | Ï 5 | ORDER signed by Magistrate Judge Gregory G. Hollows on 6/10/2008 ORDERING that this matter TRANSFERRED to USDC Northern District of California. CASE CLOSED (Reader, L) (Entered: 06/10/2008) |

| 06/10/2008 | Ï | SERVICE BY MAIL: 5 Order, Case Transferred Out to Another District served on Mark Page (Reader, L) (Entered: 06/10/2008) |
|---|---|---|