FILED
08 JUL -1 PM 1:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARK PAGE
              Plaintiff,

vs.

CAPTAIN AL RANKIN
              Defendant.

CASE NO. CV08-03026 JSW

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, MARK PAGE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or             Yes ___ No ___
10          self employment
11     b.   Income from stocks, bonds,          Yes ___ No ___
12          or royalties?
13     c.   Rent payments?                     Yes ___ No ___
14     d.   Pensions, annuities, or            Yes ___ No ___
15          life insurance payments?
16     e.   Federal or State welfare payments, Yes ___ No ___
17          Social Security or other govern-
18          ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.

21 _____

22 _____

23 3.     Are you married?                     Yes ___ No ___
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.     a.   List amount you contribute to your spouse's support:$ _____

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?  Yes ____ No ____

Estimated Market Value: $_____  Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ____ No ____

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ____ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

_____

8. What are your monthly expenses?

Rent: $ _____  Utilities: _____

Food: $ _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

     I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

     I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

06-28-2008            Mark Pagl *(signed)*

DATE                    SIGNATURE OF APPLICANT

Case Number: CV08-03026 JSW

1
2
3
4
5
6
7
8       **CERTIFICATE OF FUNDS**
9                  **IN**
10       **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of MARK PAGE _____ for the last six months.
14 SALINAS VALLEY STATE PRISON [prisoner name] where (s)he is confined.
   [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $_____ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $_____.
18
19 Dated:_____                    _____
20                                      [Authorized officer of the institution]
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.   **Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

B.   **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

I.D. RODNEY DESHONE FOOD
AKA: MARK PAGE J65357
~~[redacted]~~

Im writing in regards to settle on going civil action against Captain AL RANKIN. Salinas Valley State Prison. for entrapment kidnap robbery embezlement and illegal shock therapy tortur associated Mexican mafia & ~~Aryan~~ Brotherhoods and 8IZ/1030 Bloods and Crips.
To which Im no longer afiliated with thes above groups.
Ive been held past my parole date for almost 5 years now.
Ive been attacked & constantly harassed by C/O R.N. in CDC. for 5 years now.
August-21-2004 - Folsom State Prison. Attacked by C/O 18mK. Mosby Stilwell. And I was proven innocent in court. Sacramento Superior Courts. Case. 05F03347 As And proper attorney defending one self in court. May. 13-2005 - to Sept. 12-2005
I need your help
Sincerly
Rodney Deshone Food
June. 28-2008