08CV1093 FED GCH

3:08-CV-3026 JSW

ID: RODNEY DESHONE FOOD
AKA: MARK PAGE J653357
STUDENT ID: 1118140
SSN: 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

**FILED** JUL 1 8 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**RECEIVED** JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IM WRITING IN REQUEST OF NOTICE OF SETTLEMENT CASH AMOUNT - CASH AWARDED.
IN CIVIL ACTION AWARDED TO PLAINTIFF.
MARK PAGE J653357.
AGAINST AL ET RANKIN O YARD CAPTAIN.
AT SALINAS VALLEY STATE PRISON.

FOR CIVIL RIGHTS ACT VIOLATION. ASSOCIATED WITH THEE INSURANCE ADJ.
GEORG HILLS COMPANY. 3060 GOLD CANAL DR
RANCHO CORDOVA CA _____. ZIP UNKNOWN

I REALLY NEED TO BRING CLOSER TO THIS CIVIL CASE. CDCR.
BECAUSE CAPTAIN RANKIN. IS TRYING TO TURN IT INTO AND CIRCUS. ON PROPERTY OF SALINAS VALLEY STATE PRISON. WITH HIS ASSOCIATE C/O GREASON. PATTIE HEARST. SLA 1975 EXTREMIST ANARCHIST GROUP.

I NEED YOUR HELP FOR CLOSER TO THIS CIVIL CASE.

SINCERLY
RODNEY DESHONE FOOD
JULY. 12. 2008