SEP 3 2008

ID: Rodney Deshone Todd
AKA: Mark Page J65357
Student I.D. #1118140 Coastline Community College
SSN: 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

I've recieved and address and number diget code of case - 3:08-3026 JSW from Fresno Calif US District Courts. And my inquiry No: 05-822 Calif State Bar Association.
I need to end and internal affairs investigation. Set up and started by wardens. CMC San Luis Obispo Calif Mike Knowles. And DVI Tracy warden Steve More. Sent internal affairs paperwork to me October 2004 at Folsom State Prison 4 Building Aside cell 301.
I've been constantly harrassed to the point of them attacking me.
I've been denied commissary hygien & food in CDCR for almost or since April 2004 NKSP Delano Reception B-3 Building
I need to be free'ed of my oppression. Here in CDCR and released to Los Angeles CA 90016 - 2423 West - Virginia Rd.

Sincerly
Rodney Deshone Todd
September-02-2008

